NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VILOX TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2057

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00044.

---

**JUDGMENT**

---

JOHN HARROP, St Augustine, FL, argued for appellant. Also represented by JAY P. KESAN, CECIL E. KEY, DiMuroGinsberg, P.C., Tysons Corner, VA.

DEBRA JANECE MCCOMAS, Haynes and Boone, LLP, Dallas, TX, argued for appellee. Also represented by DAVID L. MCCOMBS, DAVID M. O'DELL; ANGELA M. OLIVER, Washington, DC; ROSHAN MANSINGHANI, JONATHAN RUDOLPH KOMINEK STROUD, Unified Patents, LLC, Chevy Chase, MD.

DANIEL KAZHDAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED; MELISSA N. PATTERSON, SCOTT R. MCINTOSH, Civil Division, Appellate Staff, United States Department of Justice, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2023          /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court